UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:12-CR-00046-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JEFFREY GLENN TOOHEY | ) | |
| | ) | |

This matter is before the court on defendant's motion for an extension of time to file a 28 U.S.C. § 2255 motion. (DE # 80.) The motion itself raises no grounds for relief under § 2255, and thus, the court need not determine whether the filing should be re-characterized as a motion under § 2255. See Ramirez v. United States, 461 F. Supp. 2d 439, 441 (E.D. Va. 2006) ("Movant's motion for extension of time does not allege a cognizable claim for relief under § 2255, and thus is not amenable to recharacterization as a substantive § 2255 petition."). Because defendant has not filed a § 2255 motion, the court lacks jurisdiction to consider a motion for extension of time to file the same. See id. at 440-41 ("While the Fourth Circuit has not yet considered the issue, every court to have done so has concluded that federal courts lack jurisdiction to consider the timeliness of a § 2255 petition until the petition itself is filed because a motion for extension of time is not, by itself, a 'case or controversy' within the meaning of Article III of the United States Constitution." (collecting cases)). The motion is DENIED.

This 21 August 2014.

_____
W. Earl Britt
Senior U.S. District Judge